# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOSEPH HERRING,

    Plaintiff,

v.                      CASE NO. 4:13cv68-RH/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

The plaintiff's consent form, ECF No. 36, is construed also as a motion for leave to proceed *in forma pauperis* on appeal. The motion is GRANTED. The case is remanded to the magistrate judge for assessment of any appropriate initial filing fee and periodic filing fees.

SO ORDERED on March 17, 2014.

                          s/Robert L. Hinkle
                          United States District Judge